UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISINA



| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NUMBER: 08-05-RET-DLD |
| VERSUS | PRESIDING JUDGE: TYSON |
| BRIAN L. WILKERSON | MAGISTRATE JUDGE: DALBY |

*********************************************************************

# O R D E R

*********************************************************************

CONSIDERING THE FOREGOING Motion to Continue Trial and the court having found:

1.  That failure to grant the defendant's motion would deny counselor and the defendant reasonable time under the circumstances to effectively prepare for the Hearing on the Motion To Suppress;

2.  That the defendant has filed motions which of themselves interrupt the time limits of 18 USC 3161.

IT IS HEREBY ORDERED that the Hearing on the Motion To Suppress currently scheduled for September 22, 2008 is passed and a new Hearing date of the 24th day of September, 2008 at 9:30 o'clock a.m. is assigned.

Baton Rouge, Louisiana this 9th day of July, 2008.

_____
JUDGE - Middle District of Louisiana